IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANK HARRIS,<br>Defendant. | **Case No.:** CR 26–470 EMC (TSH)<br>**~~[PROPOSED]~~ ORDER TO CONTINUE BOND HEARING** |

For the reason stated in the parties' stipulation, the bond hearing presently set for October 1, 2026 is continued to October 15, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 1, 2026

THOMAS HIXSON
United States Magistrate Judge