CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK HARRIS,<br><br>Defendant. | **CASE NO. 3:26-CR-00470 EMC**<br><br>**ORDER REVOKING RELEASE (18 U.S.C. § 3148(b))** |

On May 27, 2026, defendant Frank Harris was charged by Complaint with being a felon in possession of a firearm, in violation of Title 18 United States Code section 922(g)(1). On May 29, 2026, this Court ordered Harris released on conditions. On September 8, 2026, U.S. Pretrial Services filed a violation notice ("Form 8") alleging that Harris submitted drug tests that were positive for a controlled substance and committed a new criminal offense. Harris was subsequently arrested on a warrant signed by this Court.

This matter came before the Court on October 15, 2026, for a hearing concerning whether the defendant's release should be revoked. The defendant was present and represented by AFPD Elizabeth Falk. Assistant United States Attorney Richard Ewenstien appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers

and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that there is probable cause to believe that the defendant has committed a federal, state or local crime while on release, and that there is no condition or combination of conditions of release that will assure that he will not pose a danger to the community and that he is unlikely to abide by any condition or combination of conditions of release. Accordingly, the defendant's release is revoked. 18 U.S.C. § 3148(b).

The present order supplements the Court's findings and order at the revocation hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following finding as the basis for its conclusion: there is probable cause to believe that the defendant committed a federal, state, or local crime while on release in violation of 18 U.S.C. § 3148(b)(1)(A). The finding of probable cause is based on the proffers of the parties and documents reviewed by the Court, including allegations that the defendant threatened a person at gunpoint, a gun matching the description of that gun was found in the home in which the defendant was staying, large quantities of ammunition were found in that home, and an empty magazine for .40 caliber ammunition was found in the defendant's bedroom in that home.

The Court further finds, as required by section 3148(b)(2)(A) and (B), that based on the factors in section 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of the community and that he is unlikely to abide by any condition or combination of conditions of release. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. §§ 3142(i) and 3148(b), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 27, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge